



# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS **FILED**

SEP 13 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| FODIES R. MCBRIDE SR. & | ) |
| | ) |
| LOIS TRASK, | ) |
|       PLAINTIFFS | ) |
|       vs. | ) |

**24cv8442**
**Judge Bucklo**
**Magistrate Judge Gilbert**
**RANOM/CAT 2**

1.    ALLSTATE INSURANCE CO. ,    )

2.    FRANCIS WRIGHT, ALLSTATE AGENT    )

3.    WILLIAM RANSOM, ALLSTATE AGENT    )

4.    VILLIAGE OF SOUTH CHICAGO HEIGHTS  )

5.    SOUTH CHICAGO HEIGHTS WATER DEPT.)

6.    SOUTH CHICAGO HEIGHTS POLICE DEPT.)

7.    CHIEF BILL  JOYCE & CATHY LINAN    )    JURY DEMAND 12 JURORS

## COMPLAINT AT LAW

NOW COMES  the Plaintiffs, **FODIES R. MCBRIDE SR. & LOIS TRASK,** by and through PRO SE and complains of the **Defendant, ALLSTATE INSURANCE COMPANY** and **AGENT, WILLIAM RANSOM RE:  FULL COVERAGE AUTO INSURANCE POLICY)** in hIS professional and personal capacity and in support  of said complaint, states as follows:

1.    PLAINTIFFS were insured against a specific kind of risk by the, DEFENDANT,

    ALLSTATE INS. CO. Policy # 802317340  Claim # 0684905029-01

2.    PLAINTIFFS complain that the risk occurred on September 14, 2022.

3.    PLAINTIFFS complains that on September 14, 2022 their Full Coverage Auto Ins.

was in ful force and effect, all premiums then due having been paid on time.

4.     PLAINTIFFS complains that they gave Defendants timely notification that the risk had occurred (according to the notification requirments spelled out in their policy).

5.     Without any reasonable justification the Defendants or its agents strnuously resisted paying off our claim and subjected Plaintiffs to abuse or painfully sharp bargaining.

6.     PLAINTIFFS complains that as a result of this intentional misconduct on the insurer's part has caused Plaintiffs to suffer, emotional distress,, physically and financial distress.

7.     PLAINTIFFS complains the Defendants stonwalled their claim by paying a partcial payment on their 2008 Mazda Tribute Truck (according to red book value) with
no     payment for special assessories on their 2008 Mazda Truck, no offer or reimbursement for broken teeth replacements, eyeglasses replacement, back, neck, legs arms and head pain.  Plaintiff continues to suffer do date

8,     PLAINTIFFS complains that Defendant, Ranson stated that Allstate will not represent the case in our behalf because they cannot represent the claim because the accident of September 14, 2022 was not the insured's fault.

9.     PLAINTIFF was informed that Defendants had a duty to represent Plaintiffs regarding their insurance claim # -684905029-01 and according to their Auto Insurance Policy, and Defendants failed to represent Plaintiff.

10.    PLAINTIFF, LOIS TRASK, has been made to suffer from phychical and  emotional distress due to Defendant's Allstate/Mr. Ransome Mis-Conduct and their failure to abide by the Delux Insurance Contract which has already been breeched due to conspiracy and Fraud involving fraud upon the court in Foreclosure 19 Ch 368

11     PLAINTIFF, LOIS TRASK COMPLAINS of extreme pain in her neck, stomach, back, outh, head, shoulders and arms from the horrible driving over stones in the road ropped on the highway by a Truck Insured by Lan Star.

WHEREFORE, PLAINTIFFS, FODIES MC BRIDE SR.  and LOIS TRASK prays for an order of Judgment to be entered against each Defendant, 1.  William Ranson and Allstate Insurance Company in the amount of $100,000,00 ONE HUNDRED THOUSAND DOLLARS AND $50,000.00 FOR PUNITIVE Damages and all other orders that this

**Honorable Court and this Honorable Judge deems just and necessary and for this we shall forever pray.**

_Fodies R. McBride Sr._

**FODIES R. MCBRIDE SR.  09-12-2024**

_Lois Trask_

**LOIS TRASK        09-12-24**

**FOR THE PLAINTIFFS**

**FODIES R. MCBRIDE SR. &**

**LOIS TRASK**

**7776 S.  COLES AVE.**

**CHICAGO, ILLINOIS**

**EMAIL ADDRESS:    fodiesmc@aol.com**   708-724-9444

3



**PREPARED BY:**
VERDUGO TRUSTEE SERVICE CORPORATION
PO BOX 10003
HAGERSTOWN MD 21747-0003

**WHEN RECORDED MAIL TO:**
C/O VERDUGO TRUSTEE SERVICE CO.
CITIMORTGAGE, INC.
PO BOX 10003
HAGERSTOWN MD 21747-0003

UCC#. 122500050*
Date: 09/07/2012 01:05 M Pg: 1 of
Cook County Recorder of Deeds
*RHSP FEE $10.00 Applied

**SUBMITTED BY: PATRICIA DEAN**

Loan Number: 2003894461
MERS ID#: 100011520038944619
MERS PHONE#: 1-888-679-6377

### RELEASE OF MORTGAGE
Illinois

KNOW ALL MEN BY THESE PRESENTS that, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. holder of a certain mortgage, whose parties, dates and recording information are below, does hereby acknowledge that it has received full payment and satisfaction of the same, and in consideration thereof, does hereby cancel and discharge said mortgage.

Original Mortgagor(S): FODIES MCBRIDE, INDIVIDUAL
Original Mortgagee(S): MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.
Original Instrument No: 0636220044
Date of Note: 11/30/2006                 Original Recording Date: 12/28/2006
Property Address: 3145 EUCLID DR CHICAGO HEIGHTS, IL 60411-5322
Legal Description: LOT 12 IN BLOCK 8 IN ALEXANDER PARK SUBDIVISION BEING A SUBDIVISION OF PART OF THE NORTH 45 ACRES OF THE EAST 1/2 OF THE NORTH WEST 1/4 OF SECTION 32, TOWNSHIP 35 NORTH, RANGE 14 EAST OF THE THIRD PRINCIPAL MERIDIAN ACCORDING TO THE PLAT THEREOF RECORDED SEPTEMBER 9, 1955, AS DOCUMENT NUMBER 16357452 IN COOK COUNTY, ILLINOIS
PIN #: 32-32-118-012-0000                 County: Cook County, State of IL

IN WITNESS WHEREOF, the undersigned has caused this instrument to be executed on this date of 09/06/2012.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

By: TERRI SHEFFLER
Title: Assistant Secretary

State of MD }
County of Washington }

This instrument was acknowledged before me on 09/06/2012 by TERRI SHEFFLER, Assistant Secretary of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., on behalf of said corporation.

Witness my hand and official seal on the date hereinabove set forth.

Chelsea Renea Showe
Notary Public
Washington Co., MD

Notary Public: CHELSEA RENEA SHOWE
My Commission Expires: 10/03/2015
Resides in: Washington

C 308