IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

RECEIVED

NOV 26 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| FODIES R. MCBRIDE SR. & LOIS TRASK, | ) ) | NO. 24-C- 08442 |
| Plaintiffs, | ) | Judge John J. Tharp, Jr. |
| ALLSTATE INSURANCE CO. et al | ) | Assigned Judges Bucklo, Magistrate Gilbert |
| Defendants. | ) | Jury Demand Requested 12 Jurors |

FIRST AMENDED COMPLAINT against Defendant

BILL JOYCE

(Conspiracy– Fraud– Corruption– Invasion of Privacy–Harrassment * Obstruction of Justice, Misconduct, Assault, Battery, Attempted Unlawful Placement of Plaintiff in a mental ward, Refusal to give Police Reports of his actions to Plaintiff, Defamation of Character, Tort of Conversion, Elderly Abuse and Filing False Hospital Admission Medical Reports)

NOW comes the Plaintiff, FODIES R. MCBRIDE SR., by and through Pro Se and in obedience to this Honorable Court and the Honorable John J. Tharp, Jr's court order of September 25, 2024 files this First Amended Complaint against Defendant, Bill Joyce in his personal and professional capacity in a timely manner and in support of said Amended Complaint states as follows:

<u>JURISDICTION</u>

Plaintiff's complaint against, Defendant Bill Joyce is for violations of Plaintiff's Civil Rights as protected by the Constitution and laws of the United States of America under 42 U.S.C. 1983, 1985 and 1986. This court has jurisdiction under 28 U.S.C. 1343 and 1387. Jurisdiction is also proper under 28 U.S.C. 1331 and/or 1332.

<u>Amended Complaint against Defendant Bill Joyce</u>

Plaintiff Fodies R. McBride Sr., respectfully request that this Amended Complaint herewith below be viewed as to HAINS V. KERNER 404 U.S.519–421 PLATSKY

1

c.i.a.953 f 29 25, ANASTASSOFF V. UNITED STATES 233 F 3d 898

<u>COUNT # 1.</u>

1.    Plaintiff complains that on September 30, 2019 Defendant, Bill Joyce engaged in Fraud & Conspiracy, abuse to the disabled and abuse to the elderly. Defendant, Bill Joyce refused to give me a Missing Person's Report for my DownSyndrome Son, 54 years old with a life expectancy of 60 years old, (Fodies R. McBride Jr.) A special Bus would pick up Fodies Jr. from home around 7:30 a.m. and bring him back home around 4:30 p.m. from the New Star Center in Chicago Heights where he earned $6.00 per month.

1 1..    Plaintiff complains that Defendant Bill Joyce slandered and made him suffer from his son's disapperance from his job(On 9-30-2019) (New Star earning $6.00 per month for over 32 years),

a.    Plaintiff complains and alleges that Defendant Bill Joyce told the community that my son was taken from me, knowing that he had allegedly conspired with Mr. Robert Foster,(New Star Sec.) Trenance Rome, (Supv. Catholic Charities & Citi Mortgage, Beverly Bank and Wintrust Bank, knowing the whereabouts of Fodies Jr. and kept Jr's whereabouts from me. Defendant Bill Joyce refused to give a Missing Person's Report and violated my rights as a father to help locate the whereabouts of his missing child

1 2..    Plaintiff filed a Missing Person's Report in Chicago for Missing Person,s Fodies R. McBride Jrs. whereabout were not discovered until February 2020.

1 3.    Plaintiff complains that Defendant Bill Joyce with willful intent to injure and/or maliciously, intentionally inflicted humilation and emotional distress upon me around September 19, 2019.

1 4..    Plaintiff complains that, Defendant Bill Joyce "engaged in unfair and deceptive trade and business practices" in violations of state laws as it relates to his refusal to allow me to file a Missing Persons Report due to his alledged acts of Mortgage Fraud and Conspiracy with Allstate Insurance Co., Citi Mortgage, Citi Group, Trenance Rome, Robert Foster and unfair Mortgage Fraud Acts in the Villiage of South Chicago Heights., Illinois..

<u>COUNT # 2.</u>

2.    Plaintiff complains and alleges that  Defendant, Bill Joyce Unlawfully evicted me from my home on July 3, 2023 and July 5, 2023 at 3145 Euclid Dr. in South Chicago Heights, 60411 without an order of court according to the Mortgage Fraud Forclosure Docket # 19 CH 368" causing severe emotional Distress. as Defendant allegedly compired and committed Fraud in his dealings with Defendant Allstate Insurance Company, Beth (his relative) and

Robert who has a viedo tape, supposely, in Allstate's Poccession..

A.      The Defendant, Bill Joyce engaged in misconduct that exceeded all bounds of decency on July 3, 2023 and July 5, 2023.

B.      The Defendant, Bill Joyce acted intentionally and/or with wanton      disregard for the likelihood that my feelings would be hurt on July 3. 2023 and July 5, 2023..

C.      As a result of the defendant's misconduct on July 3, 2023, and July 5, 2023 Defendant caused, Plaintiff to suffer from severe emotional distress and he will continue to suffer in the future..

2 1.     Plaintiff complains and alleges that on July 3, 2023, Defendant Bill Joyce entered my home at 3145 Euclid Drive, South Chicago Heights Illinois 60411 with an unknown alleged locksmith, dressed in Plain Clothes and both stated to me, " Mr. McBride you are being evicted and you have to get out here right now." I offered to show my Mortgage Release of said property,( and told him that this is my house and asked them to leave. Defendant, Bill Joyce took my Mortgage Release Copy. Defendant, Bill Joyce, battered and assulted me by pushing me out of my back door.

A.      Plaintiff complains and alleges that Defendant Bill Joyce intruded upon me and or pried into my affairs.

B.      Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private.

C.      Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress, embarassment, humiliation, abuse to the      elderly and will continue to suffer in the future..

2 2.     On July 3, 2023 at about 10:30 a.m. after being told to leave, by Defendant, Bill Joyce who pushed out of my back door, I sat in my car in my driveway at 3145 Euclid, South Chicago Heights, 60411.

2 3.     Plainfiff alleges and complains that I was unlawfully evicted out of my home on July 3, 2023 by Defendant Bill Joyce and an unknown locksmith whom who had no court order or eviction papers.   I saw changing the locks on my back door.  I did not see a Cook County Sheriff present, I never received any paperwork stating that I was to be evicted.

2 4.     Plaintiff alledges and complains that on July 3, 2023, Defendant Bill Joyce took the copy of my Mortgage Release from Citi Mortgage dated 2012 that I carried on my person at all times and never returned it to me.

A.      Plaintiff states, " I went back into my house where I changed

my locks on July 3, 2023. My home at 3145 Euclid , South Chicago Heights 60411, was not boarded up nor was there any damage done to my property on July 3, 2023 except for the  lock changes. .

B.    Plaintiff attempted to take  a bath on July 3, 2023 tried to take a bath and go back to bed and learned that my water had been turned off.  My water bill was paid and a $120.00, every two month payment was not due until August 20, 2023.

2 5.    Plaintiff complains and allegdes that Defendant, Bill Joyce violated my Privacy Rights as to the 4th Amendment on July 3, 2023 did and is abusing me as an elder even to date and when he entered my home more 10 time without a court order or justification for destroying my property stealing all of my personal garden tools, money, washing machines, snow blower machines and land scaping tools shovels complete. lawn m.

2 6..    Plaintiff complains and alledges that on July 3, 2023, and July 5, 2023 Defendant, Bill Joyce's conduct violated 15 U.S.C. 168is-2(a)-(b)

2 7.    Plaintiff complains and alledges that Defendant, Bill Joyce's conduct on July 3, 2023 was willful, negligent, reckless, malicious, intentional and that his actions caused me to suffer damages to my personal and consumer reputation and abused me as an elderly..

2 8,    I am complaining, alleging that Defendant, Bill Joyce did on July 3, 2023 defamed me " with willful intent to injure and/or maliciously, intentionally inflicted humiliation and emotional distress upon me.

2 9.    I am complaining, alledging that on July 3, 2023, Defendant Bill Joyce "engaged in unfair and deceptive trade and business practices" in violation of state laws.

2 10.    Plaintiff alleges and complains that as an 83 year old elderly male; Defendant, Bill Joyce abused me involving an expectation of trust that caused and created a risk of harm with no running water and homelessness on July 3, 2023.  Plaintiff alleges that Defendant conspired with Allstate and personal family and friends so he could retire and live in Plaintiff's Home at 3145 Euclid Drive, South Chicago Heights Illinois 60411. Further, is has been alledged that, Defendant, Bill Joyce and/or his family member resides in Plaintiff's home mentioned above to date.

<u>COUNT #3</u>.

3.    Plaintiff alledges and complains that on July 5, 2023, Defendant Bill

4

Joyce entered my home at 3145 Euclid Drive, South Chicago Heights, Ill 60411. Defendant Bill Joyce came through the unlocked back door while I have having breakfast and drinking coffee and almost scared me almost to death"

Defendant, Bill Joyce said, "What are you doing in this house Mr. McBride?"

- A. Plaintiff complains and alleges that Defendant Bill Joyce intruded upon me and or pried into my affairs.

- B. Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private.

- C. Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress, abuse to the elderly..

3 1. Plaintiffl replied, "This is my house and what are you doing here? Get out of my house. " Plaintiff informed Defendant, Bill Joyce about my rights to protect his property. I asked Defendant Bill Joyce to leave my house and to give back my Mortgage Deed paper he had taken on July 3, 2023 and he refused to do so.

3 2. Plaintiff complains that Defendant, Bill Joyce, told me, on July 5, 2023, that I have to go with him to the Police Station, so he can investigate why I am in my house. A friend that called me and I told him what Defendant, Bill Joyce wanted me to do. He told me to Ask, Defendant Joyce if I was under arrest? I asked Defendant Joyce over the speaker "Am I under arrest? Defendant Joyce said, no, I just want to investigage why you are in this house? My friend told me not to go with him unless I was under arrest. Because Defendant Joyce displayed his gun, I was alone, scared and my High Blood Pressure hit the Roof, fearful of being beaten to death or killed, I left with Defendant, Bill Joyce on July 5, 2023 because he had my money, phone, keys. I.D and I was scared.

3 3. Plaintiff complains and statesDefendant, Bill Joyce took my wallet, my money ($500.00) my cell phone, keys to my car, keys to my house (and keys to a friends house), placed me in his squad car in front of my house on July 5, 2023 about 9::20 a.m. and drove me to the Police Station (1 block from my home) and instructed me to sit on the bench (steel cold) in the front of the Jail House. and threaten to put me in a jail cell if I moved. I sat there for 4 or 5 hours cold and hungry and without my high blood pressure medication.

3 4. Plaintiff complains and states that on July 5, 2023 Defendant, Bill Joyce after 5 to 6 hours made me sit sitting on the cold steel bench gave me my car keys (Only) back to me and said "Mr. McBride here are your car keys and you had better

not go back in that house or I will have to arrest you! , I went back to ny house and found that Defendant, Bill Joyce kept me in the jailhouse while he had my home boarded up front and back.

3 5.    Plaintiff states and complains that on July 5, 2023  I drove back to the Police Station seeking my cell phone, and personal belongings and asked Defendant, Bill Joyce who and why was my home boarded up? Defendant, Bill Joyce replied, (Pictures of 1st. board up available for discovery) Allstate did it and they told me to tell you not to go back in the house. Plaintiff asked Defendant, Bill Joyce "Who from Allstate told you to tell me that? Defendant Bill Joyce, refused to give a name. and refused to return the items he denied having taken. from me in my home.

3 6.    Plaintiff complains that Defendant, Bill Joyce stole money and personal items July 5, 2023 and refused to give Plaintiff a Police and/or incident report.

3 7.    Plaintiff states that on July 5, 2023 a  friend arrived and I used their phone to call Allstate and spoke to Beth, who informed me that Allstate did not have my home boarded up and she had not spoken to Defendant Bill Joyce.

3 8.    Plaintiff states that on July 5, 2023 after talking to Allstate and personal friends, " I took the boards down for a second time and went back into my home at 3145 Euclid Drive, South Chicago Heights, Illinois  60411."took a bath with boiling bottle water on the stove brought by church members and friends.

3 9.    Plaintiff, alledges and complains that Defendant, Bill Joyce violated my Privacy Rights as to the 4th Amendment on July 5, 2023.

3 10.   Plaintiff alledges and complains that on July 5, 2023, Defendant, Bill   Joyce's conduct violated 15 U.S.C. 168is-2(a)-(b) (Count)

3 11.   Plaintiff alledges and complains that Defendant, Bill Joyce's conduct on July 5, 2023 was willful, negligent, reckless, malicious, intentional and that it caused me to suffer damages to my personal, emotional and physical body and I will continue to suffer for the rest of my life.

3 12.   Plaintiff, alledges and complains that on July 5, 2023, Defendant, Bill   Joyce defamed my reputation as a good paying law abiding citizen whose     home was paid for in full in 2012 and never missed a Mortgage Payment.

3 13.   Plaintiff alledges and complains that Defendant, Bill Joyce did on July 5, 2023 defamed me " with willful intent to injure and/or maliciously, intentionally inflicted humiliation and emotional distress and still to date.

3 14. Plaintiff complains and alledges that on July 5, 2023, Defendant Bill Joyce "engaged in unfair and deceptive trade and business practices" in violation of state laws in addition to conspiracy and fraud and tort of conversion.

3 15.. Plaintiff alleges and complains that as an 83 year old elder; Defendant, Bill Joyce abused me involving an expectation of trust that caused and created a risk of harm to me on many occassions.,

3 16. Plaintiff alleges and complains that Defendant, Bill Joyce ordered me to sit on the cold steel jail bench in front of the Jailhouse for over 5 hours.and refused to give me a police

3 17. Plaintiff alleges and complains that Defendant Bill Joyce detained me unlawfully and for no just cause and took me to the Police Station for almost 5 hours a I didn't know that he was having my home boarded up for his own personal living quarters.

<u>Count # 4</u>

4 1. Plaintiff complains and alledges that Defendant Bill Joyce broke into his home on July 7, 2023 after he came from the store with water, and food. I drove pulled to the front of my gargage and parked in back of my driveway and found my back door glass, new door locks broken and back door wide open. The interior at my home 3145 Euclid, South Chicago Heights, 60411 had been sprayed with green paint.

  A.   Plaintiff complains and alleges that Defendant Bill Joyce intruded upon me and or pried into my affairs.

7/7/2023

  B.   Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private on 7/7/2023

  C.   Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress.(7-7-2023)

4 2. Plaintiff found his back door broken and all appliances were smatched, broken and thrown to the floor. (Pictures of same are available upon request and

  A.   Plaintiff complains and alledges that Defendant Bill Joyce broke the

7

glass and my back door according to the i n reviewing the security cameras for July 7, 2023, it   showed a police officer entering my home at that time, however the face of a Police Officer in the house could not be seen because it's face was covered but, the uniform and height matched Defendant Bill Joyce.

B.     Plaintiff complains and alledges that Defendant, Bill Joyce might have seen Plaintiff as he passed the jail house while driving on his way to Jewel Food Store (2 block from the police station) and entered at my back door and sprayed the entire house and contents at 3145 Euclid, South Chicago, Heights Illinoiswas broken and the entire house carpet,  my son's clothes and close friends clothes, choir robes, dresses suits, hats, shoes, coats, walls 3 beds, 3 mattresses & etc, had been sprayed (destroyed) with green paint on July 7, 2023.,. (Pictures of same available),

C.     Plaintiff states that on July 7, 2023 I, Lois Trask, and a church sister, went to the Police Station.  Plaintiff asked Defendant, Bill Joyce "Did you enter my home and spray paint my furniture, bust my back door and locks? Did you put a hole the back door and crush glass on my stove and spray green paint on my walls, clothes, towels and etc. Defendant, Bill Joyce denied that he had gone into my home. Defendant, Bill Joyce was told of the information received from my security, camera and same was still denied.

D.     Plaintiff requested to file a police report. Defendant Bill Joyce, told another officer to go to my home at  3145 Euclid, South Chicago Heights 60411 (around the corner) and make a police report.  I received a police report # from Star #4 and called it in to my first claim with  (Allstate Insurance Company) on July 7, 2023. after 38 years of paying with a delux Coverage and never filed a claim in on my Delux Home Owners Policy.

<u>Count 5.</u>

5.1     Plaintiff complains and alleges that on July 9, 2023, about 10:30 a.m. Defendant Bill Joyce and an unknown hispanic officer came through my back door at 3145 Euclid Drive, South Chicago Heights Ill 60411 and said to me "What are you doing here Mr. McBride, get up and get out now! This is not your house anymore because you didn't pay your Mortgage. Get up and get out now! Defendant had Plaintiff's House Boarded again.

A.     Plaintiff complains and alleges that Defendant Bill Joyce
intruded upon me and or pried into my affairs.
7/9/2023

B.     Plaintiff complains and alleges that the area into which the

Defendant, Bill Joyce intruded was one entitled to remain private on 7/9/2023

C.     Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress.(7-9-2023)

5 2.     Plaintiff alleges and complains that he told Defendant, Bill Joyce that "this is my house, you know it because you took my Mortgage Release paper and you never gave it back to me. This is my house and you get out. I'm not going leave my house!

5 3.     Plaintiff alleges and complains that Defendant Bill Joyce pointed his gun toward his head and said, get out or suffer the consquences later.

5 4.     Plaintiff complains and alleges that he said to Defendant, Bill Joyce " If this is not my house why don't you just arrest me? Defendant Bill Joyce responded because you are too old! So I am sparing you, so let's go out!.

5 5.     Plaintiff complains and alleges that Defendant Bill Joyce unlawfully evicted him from his home  at 3145 Euclid Drive, South Chicago Heights, Illinois 60411 on July 9, 2023 about 11:00 a.m.

5 6.     Plaintiff complains that Defendant Bill Joyce harrassed him as an elderly and ran him out of his home at 3145 Euclid Dr. South Chicago Heigfhts, 60411.

5 7.     Plaintiff complains and alleges that he received a phone call from his daughter telling me that my house was being boarded up with steel. windows, doors and that all of my damaged furniture, washing machines were sitting in front of my garage at 3145 Euclid Dr. South Chicago Heights, Ill .60411 same was under a combination locks on front and back door. (Pictures of Steel Board up, damaged personal items, furniture and 4 missing certified security. camera.( See picture: of the house boarded up in steel(1) and with plywood (2) times)

### Count 6.

6 1.     Plaintiff complains and alleges that on or around August10, 2023 Plaintiff had hired a special lock smith company who could take the steel boards and break the combination locks and upon their arrival along with me, Plaintiff found a crew taking out his bathtub, ll sinks toliets and had demomished the entire kitchen floor leaving no place to stand..

A.     Plaintiff complains and alleges that Defendant Bill Joyce

intruded upon me and or pried into my affairs.

8/10/2023

    B.    Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private on 8/10/2023

    C.    Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress.(8-9-2023)

6.1.    Plaintiff alledges and complains that on August 21, 2023, Defendant Bill Joyce unlawfully, without due process, a court order or warrant entered my home, assulted me and tried to confine me for 29 days.  (See Exh. A ) from my home at 3145 Euclid Avenue, South Chicago Heights, Illinois 60411.

6 2.    Plaintiff alledges and complains that on August 21, 2023 Defendant Bill Joyce kicked down my brand new back door,and broke my new locks about 8:15 a.m. and forced himself in my home uninvited when asked to leave he became upset.

6 3    Plaintiff alledges and complains that he was abused, beaten and assulted me as an elderly, 83 year old man by Defendant Bill Joyce on August 21, 2023 while sitting in my livingroom.

6 4.    Plaintiff alledges an complains that Defendant Bill Joyce entered my living room on August 21, 2023 furious saying "What are you doing in this house?  This is not your house get out of here right now."

6.5    Plaintiff alledges and complains that on August 21, 2023 he said to Defendant, Bill Joyce, "No, I am not leaving my home again with you.  You never gave me my Mortgage Release Paper, and my Low Income Senior Assessment freeze paper (See Exh. A &  B)  back that you took from me.  I don't trust you so please leave my house. or I will have you arrested for tresspassing."

    A.    Plaintiff alleges and complains that Defendant Bill Joyce, hit him in his head with his fist on August 21, 2023 then got on his phone and called someone.

6 5.    Plaintiff complains and alleges that Defendant, Bill Joyce did on August 21, 2023 admitted to knowing that he was suppose to be in court at 10:30 and told him, "You won't get in court today!" Plaintiff was scheduled to be on Zoom and had filed a motion to dismiss his chapter 13 bankruptcy case due to res judicata (

6 6.    Plaintiff complainss that Defendant Bill Joyce on August 21, 2023  assualted and battered me, causing me pain throughout my body, and hitting me in my head,

while pulling on my body and trying again to force me out of my chair and home without any legal documents. (See Exh. A)

6 7.   Plaintiff alledges and complains that Defendant Bill Joyce assulted and battered me when Plaintiff resisted and refuse to leave his house and chair without a court's order on August 21, 2023. Defendant, Bill Joyce refused to give me a police report and told me that I had better shut up!  Plaintiff denied that his statements were true when I was unlawfully taken to the Framcoscan Health Olympia Fields Emergency Department on August 21, 2023 by way of ambulance.  (See Exh. A..)

6 8.   Plaintiff complains that after Defendant Bill Joyce was unsucessful in getting me out of my chair, he called the ambulance and shortly, thereafter 3 men with an ambulance and Fire Team arrived and forced me out of my chair against my will, Placed me in their ambulance, threw my cane in the streets in route to the hospital, against my will.

A.   Plaintiff complains that Defedant Bill Joyce and took me to the Olympia Fields, Ill, Mental Ward, 20201 Crawford Ave, Olympia Fields Il. 60461-1010 on August 21, 2023 against my will and gave false information regarding my medical condition, knowing that he had hit me in my head with a stick, causing my blood before he called the ambulance. (See Exh. A.)

6 9.   Plaintiff complains that Defendant Bill Joyce did on August 21, 2023, give the Hospital, Nurses & Doctor's false information regarding my health and in violation of the Hippa Act and defamed my character of which I denied that his statements at the hospital were true.  I informed the doctor that I suffer from nothing but "Old Age" (See see again Exh. A )

6 10,   Plaintiff complains that based on the statements by Defendant, Bill Joyce given to the hospital, nurses and in Plaintiff's A, The Olympia Fields Mental Health Staff, informed my church friends and family members that Plaintiff could have no visitors for 29 days.  Further they were informed that PlaintiffI had to stay in the Pchych. Ward 29 days to be evaluated by the Psych. doctor and could not have visitors.

6 11.   Plaintiff complains that Defendant Bill Joyce was notified of his violations of my Hippa Rights from the Dept. of Aging and Plaintiff was released on date same, August 21, 2023.  See Exh. A again.

6 12.   Plaintiff complains and alleges that based on the verfication false medical information given by Defendant Bill Joyce and violations of his Hippa Rights; Plaintiff

was released the same day and did not spend 1 night in their Mental Ward.

6 13.   Plaintiff complains that Defendant Bill Joyce, harrassed, humiliated and defamed my character with neighbors that recided with for over 18 years.

6 14.   Plaintiff complains and alleges that Defendant Bill Joyce destroyed his good reputation and slandered Plaintiff throughout the community and with close family members on several occassions.

<u>Count 7.</u>

7.      Plaintiff complains and alleges that Defendant, Bill Joyce called Plaintiff on September 28, 2023, around 7:30 p.m (after his working hours) and stated, " Mr. McBride, this is Sargent Joyce.  I was just calling to check on you and to make certain that you are not in the house.  You are to stay away from that house with all of these things going on.  I want to make certain that you did  not go back into the house."

7 1.    Plaintiff complains that Defendant, Bill Joyce Harrassed me out of my home along with the South Chicago Heights Police Department, Nicor Gas Company, account  # 0741945589 and allegedly, Defendant paid a Nicor service man to say that I had a gas leak behind my stove when the stove and all items had been taken out of my home in July 2023, by Defendant Bill Joyce who claims that Allstate did it.) and the South Chicago Heights Water Department, along with the Villiage of South Chicago Heights.

        A.      Plaintiff complains and alleges that Defendant Bill Joyce intruded upon me and or pried into my affairs.

9-28-2023

        B.      Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private on 9/28/2023

        C.      Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce he has and is suffering from severe emotional distress.(9-28-2023)

Count #8.

8.      Plaintiff complains and alleges that on December 7, 2023 two (2) Unknown, South Chicago Heights police officers whom is supervised by Defendant, Bill Joyce entered Plantiffs' Home on December 7, 2023 at home at 3145 Euclid Dr., South

Chicago Heights Illinois 60411 at about 8:00 p.m on December 7, 2023 again without a court order or warrant.

      A.     Plaintiff complains and alleges that Defendant Bill Joyce intruded upon me and or pried into my affairs.

12/7/2023

      B.     Plaintiff complains and alleges that the area into which the Defendant, Bill Joyce intruded was one entitled to remain private on 12/7/2023

      C.     Plaintiff complaines that as a result of the Intrusion of Defendant Bill Joyce Plaintiff is suffering from severe emotional distress.(7-9-2023) causing a stroke and body injuries, skull fracture and incontenance.

8. 1    Plaintiff complains and alleges that two (2)( unknown South Chicago Heights Police Officers in uniform and with guns,. alledegly supervised by Defendant, Bill Joyce entered Plaintiff's home through the back door on December 7, 2023 at night time..

8 2.    Plaintiff complains that the two officers had pointed guns and allegedly told Mr. McBride Sr and Mr. Nelson to leave the premises.

8 3.    Plaintiff complains that he was taken out of his home and (With a double hip replacement) made to walk to the Police station by the two unknown Police officers (allegedly, as ordered by Defendant, Bill Joyce on December 7, 2023 along with Mr. Nelson (312 632-9644) who was already at the Police Station Volunteerily, for some unknown reasons.

8 4.    Plaintiff complains and alleges that on December 7, 2023 (allegedly per instructions of Defendant, Bill Joyce) Mr. Nelson was allowed to call two friends to pick him up while Plaintiff was kept at the Police Station.

      a,    " Mr. Nelson,(who ran for President of the United States, Mayor and Governor in Illinois, in mental institutions all of his life and never worked a job!) claims that he did not take anything not belonging to him out of Plaintiff's Home at 3145 Euclid Dr. South Chicago Heights, Illinois, except his own belongings, which he claims the two unknown officers allowed him to take (as per their Supervisor, Defendant, Bill Joyce's instructions) and placed same in a car."

8 5.    Plaintiff complains and alleges that on December 7, 2023, after being unlawfully detained at the South Chicago Heights Police station for over and hour and never arrested in the police station, he was ordered to get in the Uber by one of the Police Officers (allegedly, per instructions of their Supervisor and Defendant, Bill Joyce) at the Police Station in South Chicago Heights on December 7, 2023..

8 6.    Plaintiff complains and alleges that on December 7, 2023 the Uber

Driver (name unknown) (per instructions of Defendant, Bill Joyce) drove Plaintiff to the Pacific Garden Mission Chicago, Il. 60607,1458 S. Canal St. Chicago, Illinois 60607 (312 492 9410 ( a homeless shelter in the Near West Side section of Chicago, Illinois, founded in 1877).

    A.    Plaintiff complains that the Uber driver stop the car and told me to get out. I got out and he drove off in a hurry on Dec. 7, 2023.

    B.    Plaintiff not knowing where he was went to the Door of Pacific Gardens, with no money, I.D, phone, house keys and etc. which had been by the Police at the station on December 7, 2023.

    8 7..    Plaintiff alleges and complains that on December 7, 2023 he was told by the Doorkeeper at Pacific Gardens "Get out of here old man, we don't have a bed for you it's too late".  A police report was made of this incident at the 18th. & State Police Department.

    8 8..    Plaintiff alleges and complains that he walked away from the door and as soon as his feet touched the concrete on the street at Pacific Gardens, 4 people in Mask beat me, brutly on the ground and someone at Pacific Gardens called Chicago Police. apparantly, and the ambulance arrived and took me to the Insight Hospital where I was admitted with a Skull Fracture, High Blood Pressure and bruises throughout my body,back, stomach, arms legs and feet.  No family member or friend was contacted and it is unknown how the ambulance and intake at the hospital received my information?

    8 9,    Plaintiff complains and alleges that a few days later around December 9, 2023 two (2) Plain Cloth (alledegly) took me from Insight Hospital (23 St. Near King Dr. Chicago, Illinois) claiming that they were taking me back to my home at Defendant's, Joyce's Request.

    8 10,    Plaintiff complains that around December 9, 2023 the alleged two men as mentioned in (E) took me to Walgreens at 71st. & Jeffery, gave me my dead cell phone and left me inside of Walgreens alone.

    A.    Plaintiff states that around December 8, 2023 a worker at Walgreens, 71st. & Jeffery charged my phone and I called my best friend listed on my phone to pick me up.

    B.    The Security Guard at Walgreens around December 8, 2023 snatched my phone from me and told the friend that I had fallen in Walgreens and that the ambulance was on it's way to take me to the hospital. My friend suggested that I not be taken away until they arrived.  I was taken away in a hurry.

    C.    Days later the Chicago Police reviewed Walgrees's Camers for that date along with a Supervisor and all agreed that Plaintiff did not fall in Walgreens according to the camera view.,of which I had already told them.

8 11. Plaintiff complains and alledges the Defendant Joyce conspired with Allstate and the Unknown Ambulance Driver and others to take my property due to FRAUD. Plaintiff was around December 8, 2023 taken by an unknown ambulance with 2 unnamed or identified drivers to South Shore Hospital's Emergency Room. The unknown ambulance and unknown drivers were hurting me badly, on the way to SSH causing me to cry out loudly in pain. They placed a piece on my finger which I have to this day. They rolled me into the emergency room and tried to have me admitted. They claimed to have seen me fall in Walgreens and refused to give their names to my church members and friends who arrived at the hospital before I was admitted.

A. Plaintiff states that he was not admitted to SSH and that family members returned him to Insight Hospital around December 9, 2023.

8 12. Plaintiff complains and alleges that Defendant Bill Joyce's alleged misconduct conspiracy, fraud and abuse to the elderly, caused all of the above mentioned problems and others, thereafter and not mentioned in this complaint to be disclosed at/or during discovery and hopefully before trial of other occurrances and date, including more medical information. (If it be the Will)

8 13. Plaintiff complains and alleges that Defendant has intruded on his life, denied my right to enter my property, where he and only he holds the Key to this date.

8 14. Plaintiff complains and states that he did nothing to contribute to the mis conduct of Defendants, Bill Joyce and Allstate Ins. Co. who alledegly, conspired and negotiated in the Mortgage Fraud Case Number 19 CH 368 with the alleged RICO Actors.

WHEREFORE PLAINTIFF, FODIES R. MCBRIDE SR. prays that this Amended Complaint be accepted by this Honorable Court, and the Honorable Judge John J. Tharp, Jr. and prays for a Judgment Order against the Defendant, Bill (Billy) Joyce in the amount of $600,000.00 (Six Hundred Thousand) on each count, (8) & $100,000,00 (One Hundred Thousand) for punitive damages on each count (8) and for this he shall forever pray along with any and all other orders that this Honorable Court and this Honorable Judge deems just and necessary and for this he shall forever pray.

*Fodies R. McBride Sr.*

FODIES R. MCBRIDE SR., PLAINTIFF

Oct. 25, 2024

For the Plaintiff Pro Se #99500

Fodies R. McBride Sr.

7776 S. Coles Avenue

15

Chicago, Illinois  60649

708-724-9444

Please send by Email and U.S. Mail

fodiesmc@aol.com

Franciscan Health Olympia Fields Emergency Dept
20201 S Crawford Ave
OLYMPIA FIELDS IL 60461-1010

McBride, Fodies
MRN: E5194829, DOB: 6/6/1940, Sex: M
Adm: 8/21/2023, D/C: 8/21/2023

**08/21/2023 - ED in Franciscan Health Olympia Fields Emergency Dept (continued)**

**08/21/2023 - ED in Franciscan Health Olympia Fields Emergency Dept**
**ED Information**

## ED Arrival Information

| Expected | Arrival | Acuity |
|---|---|---|
| - | 8/21/2023 11:33 AM | 3 Urgent |

| Means of arrival | Escorted by | Service | Admission type |
|---|---|---|---|
| Ambulance | - | Emergency Medicine | Emergency |

Arrival complaint
psy eval

## Clinical Impression

| Diagnosis | Comment | Added By | Time Added | Team Role | ED Provider |
|---|---|---|---|---|---|
| Adjustment disorder | | Richardson, Ezekiel, MD | 8/21/2023 2:43 PM | Attending Provider | Y |
| Hostility | | Richardson, Ezekiel, MD | 8/21/2023 2:43 PM | Attending Provider | Y |

## ED Clinical Disposition Audit Trail

| User | Time | Disposition | Condition | Comment |
|---|---|---|---|---|
| Richardson, Ezekiel, MD | 8/21/2023 3:09 PM | Discharge | -- | -- |
| Richardson, Ezekiel, MD | 8/21/2023 3:09 PM | Discharge [Current] | Stable | Patient discharge to home/self care. |

**08/21/2023 - ED in Franciscan Health Olympia Fields Emergency Dept (continued)**

## ED Notes

### ED Triage Notes by Harris, Nalexis, RN at 8/21/2023 1147

| | | |
|---|---|---|
| Author: Harris, Nalexis, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 8/21/2023 12:01 PM | Creation Time: 8/21/2023 11:47 AM | Status: Addendum |
| Editor: Harris, Nalexis, RN (Registered Nurse) | | |

Patient arrived to the ED via South Chicago heights ambulance. Per EMS patient was found inside of a house he wa previously evicted from. EMS states the house was very hot inside, patient was found sitting in a chair clinching onto the chair tightly. patient continuously attempts to break into the house multiple times a week/ serveral times a month. Patient was removed from the house and told Officer Sgt Joyce Badge number 4, stating "Kill me! Just kill me alread multiple times. Patient has now denied saying that to the paramedics who arrived on scene. Denying SI/HI and any statements of self harm. Patient is aox3, Patient is calm and cooperative at this time with triage, present with hypertension. Sgt Joyce states they have received numerous calls about the patient since June 2023 of this patient attempting to break into the home. States patient wife has helped him break into the home and left him there several times. Per Paramedics patient seems to have some confusion/ altered mental status and also lives in his vehicle afte being evicted.

Electronically signed by Harris, Nalexis, RN at 8/21/2023 12:01 PM

PLAINTIFF'S
EXHIBIT
A

### ED Notes by Harris, Nalexis, RN at 8/21/2023 1157

| | | |
|---|---|---|
| Author: Harris, Nalexis, RN | Service: Emergency Medicine | Author Type: Registered Nurse |
| Filed: 8/21/2023 1:41 PM | Creation Time: 8/21/2023 12:06 PM | Status: Addendum |
| Editor: Harris, Nalexis, RN (Registered Nurse) | | |

sitter Dr richardson made aware of patient situation, although pt

ASSESSMENT FREEZE
EXEMPTION APPLICATION
FOR TAX YEAR 2022

COOK COUNTY ASSESSOR'S OFFICE

ASSESSOR'S OFFICE    Fodies r. McBride Sr.
118 N Clark St, 3rd Floor, Room #320
Chicago, IL 60602

✱ Attachment #4
Birthday:              06-06-40
Pin:                   32-32-118-012-0000
Property Address:      3145 EUCLID AVE
                       SOUTH CHICAGO HEIGHTS, IL
                       60411-5322

44163 1 AV 0.468                              44163

MCBRIDE FODIES
OR CURRENT OWNER
3145 EUCLID DR
SOUTH CHICAGO HEIGHTS, IL 60411-5322

If the current owner is different from the name
listed on the left, write the correct name here:

# Apply for the Low-Income Senior Citizens Assessment Freeze Exemption

## Low-Income Senior Citizens Assessment Freeze Exemption

✓ The Total Household Income at this property was $65,000 or less in income tax year 2021.

✓ This property was my principal place of residence on January 1, 2021 and January 1, 2022.

✓ I own this property or have a legal, equitable, or leasehold
  interest in this property January 1, 2021 and January 1, 2022.

✓ I was/am liable for the payment of this property's 2021 and 2022 property taxes.

Note: this exemption is subject to an audit by the Cook County Assessor's Office. Signing a fraudulent application for this exemption is perjury as defined in Section 32-2 of the Illinois Criminal Code of 2012.

I hereby apply for the Low-Income Senior Citizens Assessment Freeze Exemption [✓]

## Required Income Verification

To be eligible for this exemption, the total household (applicant, applicant's spouse, and all persons using the property as their principal residence) must have had a combined income of $65,000 or less for calendar year 2021. Names of all persons who used this property as their principal residence as of January 1, 2022:

YOU: _____

OTHERS: _____

## Were you enrolled in any of the following programs in 2021?

|  | YES | NO |
|---|---|---|
| Aid to the Aged, Blind or Disabled (AABD) Program | ☐ | ☐ |
| Supplemental Nutrition Assistance Program (SNAP) | ☐ | ☐ |
| Low Income Home Energy Assistance Program (LIHEAP) | ☐ | ☐ |
| The Benefit Access Program | ☐ | ☐ |
| Senior Citizens Real Estate Tax Deferral Program | ☐ | ☐ |

PLAINTIFF'S
EXHIBIT
B

**IF YOU REPLIED YES TO ANY**
You must provide proof of enrollment in 2021 and do not need to fill out the income verification on the back.

**IF YOU REPLIED NO TO ALL**
You must complete the income verification on the back.

Apply Online: Scan the QR code or visit
ookcountyassessor.com

TURN PAGE OVER to complete your application

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| FODIES R. MCBRIDE SR. & LOIS | ) | |
| TRASK, | ) | NO. 24-cv- 08442 |
| Plaintiffs, | ) | Judge John J. Tharp, Jr. |
| ALLSTATE INSURANCE CO. et al | ) | Juddges, Bucklo, Mag. Judge Gilbert & R. Blakey |
| Defendants. | ) | Jury Demand Requested  12 Jurors |

2nd Mailing......

These documents were returned due to lack of postage and were filed electronically filed (ilnd.uscourts.gov.) & through U.S.Mail (returned) and are being resubmitted.

Nov. 16, 2024

Fodies R. McBride Sr. 11-16-2024

1

For the Plaintiffs
Fodies R. McBride Sr.     #99500
Lois Trask,               #99500
7776 S. Coles Ave.
Chicago, Ill.  60649          708-724-9444        fodiesmc@aol.com

U.S. POSTAGE PAID
FCM LG ENV
CHICAGO, IL 60649
NOV 18, 2024
$2.87
S2324P502890-14

Retail

UNITED STATES POSTAL SERVICE

60602

RDC 99

United States District Ct.
219 S. Dearborn

Chicago, Illinois 60602

RECEIVED
NOV 26 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Senior Helpline Department for

FODIES R. MCBRIDE SR. & LOIS TRASK

7776 S. Coles Avenue

Chicago, Illinois 60649-4819

#3. MAILINGS